Gary A. Gotto, AZ No. 007401
KELLER ROHRBACK, P.L.C.
3101 North Central Avenue
Suite 1400
Phoenix, AZ  85012
Tel:  (602) 248-0088
ggotto@krplc.com

Andrew N. Friedman (admitted *pro hac vice*)
Douglas J. McNamara
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Ave. NW
Suite 500, West Tower
Washington, DC 20005
Tel:  (202) 408-4600

Richard B. Wentz
Jean M. Wentz
THE WENTZ LAW FIRM
2955 East Hillcrest Drive, Suite 123
Thousand Oaks, CA  91362
Tel:  (805) 374-0060
Fax:  (888) 855-812

Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| David Higgins; Robert Patterson, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GoDaddy.com, LLC, a Delaware, limited liability company, and Does 1 through 100 inclusive,<br><br>Defendant. | Case No. 2:12-cv-02621 – PHX-JAT<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

Notice of Voluntary Dismissal

1702807.1

Plaintiffs David Higgins and Robert Patterson, by and through their counsel, hereby dismiss with prejudice their claims against defendant GoDaddy.com pursuant to Fed. R. Civ. P. 41(a)(1)(A).

Dated: March 13, 2013

Respectfully submitted,

/s/ Andrew N. Friedman
Andrew N. Friedman, admitted *pro hac vice*
afriedman@cohenmilstein.com
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Ave. NW
Suite 500, West Tower
Washington, DC 20005
Tel: (202) 408-4600

Gary A. Gotto, AZ No. 007401
KELLER ROHRBACK, P.L.C.
3101 North Central Avenue
Suite 1400
Phoenix, AZ 85012
Tel: (602) 248-0088
ggotto@krplc.com

Richard B. Wentz
Jean M. Wentz
THE WENTZ LAW FIRM
2955 East Hillcrest Drive, Suite 123
Thousand Oaks, CA 91362
Tel: (805) 374-0060
Fax: (888) 855-812

*Attorneys for Plaintiffs David Higgins and Robert Patterson*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 13, 2013, the foregoing **Notice of Voluntary Dismissal** was electronically transmitted to the Clerk's office using the CM/ECF system for filing and transmittal of a Notice of Electronic filing to the CM/ECF registrants of record for this matter.

By: /s/ Andrew N. Friedman
Andrew N. Friedman